**Weil, Gotshal & Manges LLP**

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

**Seth Goodchild**
+1 (212) 310-8211
seth.goodchild@weil.com

January 22, 2014

The Honorable Joan M. Azrack
United States District Court
Eastern District of New York
225 Cadman Plaza East, Room 605N
Brooklyn, New York 11201

Re:  1:13-cv-03732-RJD-JMA, *Alliance of South Asian American Labor et al. v. The Board of Elections in the City of New York*

Dear Magistrate Judge Azrack:

Further to our last letter, dated January 10, 2014, Plaintiffs Alliance of South Asian American Labor, Chhaya Community Development Corporation, and Nadira Khanam ("Plaintiffs") are pleased to report that the parties have reached a settlement in principle that resolves all claims in the above-captioned action.  The parties anticipate filing a stipulation of dismissal within the next 30 days upon the performance of certain conditions precedent to the agreement reached by and between the parties.

As before, we are available at the Court's convenience if the Court has any questions.

Respectfully submitted,


*/s/ Seth Goodchild*

Seth Goodchild


cc:  Stephen Kitzinger, New York City Law Department