IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLIANCE OF SOUTH ASIAN AMERICAN LABOR, CHHAYA COMMUNITY DEVELOPMENT CORPORATION, and NADIRA KHANAM, )<br><br>Plaintiffs, )<br><br>v. )<br><br>THE BOARD OF ELECTIONS IN THE CITY OF NEW YORK, )<br><br>Defendant. ) | CIVIL ACTION NO.<br>1:13-cv-03732-RJD-JMA |

## STIPULATION OF DISMISSAL WITH PREJUDICE

WHEREAS, pursuant to a designation by the Director of the Census, Queens County is covered under Section 203 of the Voting Rights Act of 1965 ("Section 203") for Asian Indian language assistance;

WHEREAS, Plaintiffs Alliance of South Asian American Labor, Chhaya Community Development Corporation, and Nadira Khanam (collectively, "Plaintiffs") filed a complaint in the United States District Court for the Eastern District of New York against Defendant The Board of Elections in the City of New York (the "Board," and together with Plaintiffs, the "Parties") seeking declaratory and injunctive relief pursuant to Section 203, dated July 2, 2013 (the "Complaint");

WHEREAS, the Complaint alleges that the Board violated Section 203;

WHEREAS, the Board denies that it has not fully complied with Section 203;

WHEREAS, the parties have agreed to resolve this matter;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by, between and among the Parties, through their undersigned counsel, that the Complaint in the above-captioned matter is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party bearing its own costs, attorneys' fees, and expenses.

Dated:  February 27, 2014

WEIL, GOTSHAL & MANGES LLP

By: _____
Seth Goodchild
Justin D'Aloia
767 Fifth Avenue
New York, New York 10153
(212) 310-8000

– and –

ASIAN AMERICAN LEGAL DEFENSE
AND EDUCATION FUND
Kenneth Kimerling
Glenn D. Magpantay
Jerry G. Vattamala
99 Hudson Street, 12th floor
New York, New York 10013-2815
(212) 966-5932

*Attorneys for Plaintiffs*

ZACHARY W. CARTER
Corporation Counsel of the City of New York

By: _____
Stephen Kitzinger
Assistant Corporation Counsel
100 Church Street
New York, New York 10007
(212) 356-2087

*Attorneys for Defendant*

_____
Honorable Raymond J. Dearie
United States District Judge

2

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by, between and among the Parties, through their undersigned counsel, that the Complaint in the above-captioned matter is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party bearing its own costs, attorneys' fees, and expenses.

Dated: February 18, 2014

WEIL, GOTSHAL & MANGES LLP

By: _____
Seth Goodchild
Justin D'Aloia
767 Fifth Avenue
New York, New York 10153
(212) 310-8000

– and –

ASIAN AMERICAN LEGAL DEFENSE
AND EDUCATION FUND
Kenneth Kimerling
Glenn D. Magpantay
Jerry G. Vattamala
99 Hudson Street, 12th floor
New York, New York 10013-2815
(212) 966-5932

*Attorneys for Plaintiffs*

ZACHARY W. CARTER
Corporation Counsel of the City of New York

By: _____
Stephen Kitzinger
Assistant Corporation Counsel
100 Church Street
New York, New York 10007
(212) 356-2087

*Attorneys for Defendant*

_____
Honorable Raymond J. Dearie
United States District Judge

2